AO 442    (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__western__                                    District of ___New York___

UNITED STATES OF AMERICA

V.

LIU YAN
a/k/a Tiffany, a/k/a Yan Liu and
a/k/aTiffany Yan Loiu

**WARRANT FOR ARREST**

Case Number:  08-M- _1025_

3/26/08

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____   LIU YAN _____

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment      ☐ Information      X Complaint      ☐ Order of court

☐ Pretrial Release      ☐ Probation      ☐ Supervised Release   ☐ Violation Notice
Violation Petition      Violation Petition      Violation

RECEIVED
UNITED STATES MARSHAL
2008 MAR -3 P 1:02
WESTERN DISTRICT OF NEW YORK

charging him or her with   (brief description of offense)
to knowingly persuade, induce, entice, coerce an individual to travel in interstate and foreign commerce, or in any
Territory or Possession of the United States, to engage in prostitution, or in any sexual activity for which any
person can be charged with a criminal offense, or attempts to do so.

X  in violation of Title  __18__         United States Code, Section(s)   __2422(a)__

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

HON. JEREMIAH J. McCARTHY
Name of Issuing Officer

Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

February 25 , 2008; Buffalo, New York
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named individual at _near_ Wehrle Drive and Brookside Drive in Williamsville, New York. |

| DATE RECEIVED 2/27/2008 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 2/27/2008 | Peggy L. Franklin-Aller | |

AO 442    (Rev. 08/07) Warrant for Arrest (Page2)